COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Senior Care Living, VI, LLC and Mark C. Bouldin v. Preston Hollow Capital, LLC, UMB Bank N.A., and TMI Trust Company

Appellate case number:   01-21-00602-CV

Trial court case number:  19-DCV-265897

Trial court:              458th District Court of Fort Bend County

Appellants, Senior Care Living, VI, LLC ("Senior Care") and Mark C. Bouldin, have appealed from the trial court's August 4, 2021 Final Judgment and Order Appointing Post-Judgment Receiver. In its Final Judgment, the trial court awarded damages, in the cumulative amount, of approximately $50 million, in favor of appellees, Preston Hollow Capital, LLC, UMB Bank N.A., and TMI Trust Company (collectively, "appellees").

The clerk's record was filed on December 17, 2021. After multiple extensions were granted, the reporter's record was filed on May 25, 2022. Accordingly, appellants' brief(s) were initially due to be filed no later than June 24, 2022. *See* TEX. R. APP. P. 38.6(a). However, appellants' briefs were not filed until September 19, 2022. Appellees' brief(s) were therefore initially due to be filed no later than October 19, 2022. *See* TEX. R. APP. P. 38.6(b). However, appellees' briefs were not filed until December 2, 2022.

Appellants' reply brief(s), if any, were therefore initially due by December 22, 2022. *See* TEX. R. APP. P. 38.6(c). Appellants were granted an extension of that deadline, which is currently January 23, 2023. However, on January 18, 2022, appellants filed a "Second Motion for Extension of Time to File Reply Briefs." In their motion, appellants request an additional thirty-day extension for filing their reply briefs, noting that appellees "filed a [Texas Rule of Appellate Procedure] 24.4 Motion for Review" of the trial court's supersedeas order related to Bouldin on January 11, 2023, which "has distracted attention from the reply briefing," and further that counsel for appellants "have been and will continue to be engaged in other litigation."

Appellees filed a response in opposition to appellants' motion for extension on January 19, 2023.

Appellant's motion for extension is **granted in part**.  The deadline for appellants to file their reply brief(s), if any, is extended to **February 8, 2023**.  No further extensions will be considered.

It is so ORDERED.


Judge's signature:  _____/s/ April Farris_____
                    ☑ Acting individually     ☐ Acting for the Court

Date:  ___January 24, 2023_____